Settle order on notice. Present — Martin, P. J., Townley, Cohn, Callahan and Wasservogel, JJ.

BOWERY SAVINGS BANK, Respondent, v. ADLIN CORPORATION, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Cohn, Callahan and Wasservogel, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THEODORA I. AYER, Appellant, against WILLIAM W. MILLS et al., Constituting the Tax Commission of the City of New York, Respondents. [20 W. 23rd St., Borough of Manhattan.] — Order, so far as appealed from, unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Cohn, Callahan and Wasservogel, JJ.

ARTHUR KALFUS et al., Copartners Doing Business under the Name of I. KALFUS Co., Respondents, v. AD PRESS, LTD., Appellant.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Callahan, Wasservogel and Peck, JJ.

ALMA LORENTZ, Respondent, v. RUTH TENZER et al., Appellants, et al., Defendants.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Callahan, Wasservogel and Peck, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. REMFORD CORPORATION, Respondent, against WILLIAM W. MILLS et al., Constituting the Tax Commission of the City of New York, Appellants. [211 Central Park West, Borough of Manhattan.] — Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Callahan, Wasservogel and Peck, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRED ROBINSON, Appellant, et al., Defendants.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Callahan, Wasservogel and Peck, JJ.

ELIZABETH PRIVENSAL, Respondent, v. SOLVEIG PRIVENSAL, Appellant, and PAN AMERICAN AIRWAYS SYSTEM et al., Respondents.— Order affirmed, with $20 costs and disbursements to the defendants-respondents. No opinion. Present — Martin, P. J., Townley, Callahan, Wasservogel and Peck, JJ.; Townley and Peck, JJ., dissent and vote to reverse and grant judgment for defendant Solveig Privensal. [See 270 App. Div. 760.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN ZONGRONE, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Callahan, Wasservogel and Peck, JJ.

WILLIAM A. SILLMAN, Respondent, v. ALFRED A. MORCK, Defendant, and GRAND CENTRAL CONCOURSE WINE & LIQUOR CORP., Appellant.— Order unanimously affirmed, with $20 costs and disbursements, with leave to the defendant-appellant to answer within ten days after service of order with notice of entry thereof, on payment of said costs. No opinion. Present — Martin, P. J., Townley, Callahan, Wasservogel and Peck, JJ.

WILLIAM A. SILLMAN, Respondent, v. ALFRED A. MORCK, Appellant, et al., Defendants.— Order unanimously affirmed, with $20 costs and disbursements, with leave to the defendant-appellant to answer within ten days after service of order with notice of entry thereof, on payment of said costs. No opinion. Present — Martin, P. J., Townley, Callahan, Wasservogel and Peck, JJ.

In the Matter of MICHAEL ATLAS, Appellant, against PAUL MOSS, as Commissioner of Licenses of the City of New York, Respondent.— Order unanimously affirmed, with costs and disbursements to the respondent. No opinion. Present — Martin, P. J., Townley, Callahan, Wasservogel and Peck, JJ.